| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____ Chapter  11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  DLR Express, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  46-0669728

4. **Debtor's address**

   **Principal place of business**

   14050 Cherry Avenue, Suite R-15
   Fontana, CA 92337
   Number, Street, City, State & ZIP Code

   San Bernardino
   County

   **Mailing address, if different from principal place of business**

   13058 Bon View Avenue
   Ontario, CA 91761
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  **DLR Express, Inc.** _____ Case number (if known) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **DLR Express, Inc.**  Case number (if known) _____
        Name

**11. Why is the case filed in this district?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **DLR Express, Inc.**
Name

Case number *(if known)*

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-1-20
MM / DD / YYYY

X  *Fatima De La Rosa*
Signature of authorized representative of debtor

Fatima Del Carmen De La Rosa
Printed name

Title  **President**

**18. Signature of attorney**

X  *[signature]*    Date  8/11/2020
Signature of attorney for debtor    MM / DD / YYYY

Michael Jay Berger
Printed name

Law Offices of Michael Jay Berger
Firm name

9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
Number, Street, City, State & ZIP Code

Contact phone  (310) 271-6223    Email address  michael.berger@bankruptcypower.com

100291 CA
Bar number and State

Fill in this information to identify the case:

Debtor name: DLR Express, Inc.
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Daimler Truck Financial 14372 Heritage Parkway Fort Worth, TX 76177 | | (5) 2015 Freightliner Trucks | | $216,590.89 | $130,000.00 | $86,590.89 |
| Daimler Truck Financial 14372 Heritage Parkway Fort Worth, TX 76177 | | (2) 2015 Freightliners Trucks | | $102,559.36 | $52,000.00 | $50,559.36 |
| Daimler Truck Financial 14372 Heritage Parkway Fort Worth, TX 76177 | | 2016 Freightliner Truck | | $74,248.37 | $30,000.00 | $44,248.37 |
| Daimler Truck Financial 14372 Heritage Parkway Fort Worth, TX 76177 | | 2015 Freightliner Truck | | $58,281.19 | $26,000.00 | $32,281.19 |
| Daimler Truck Financial 14372 Heritage Parkway Fort Worth, TX 76177 | | (2) 2014 Freightliners Trucks | | $66,248.37 | $42,000.00 | $24,248.37 |
| Daimler Truck Financial 14372 Heritage Parkway Fort Worth, TX 76177 | | 2014 Freightliner Truck | | $42,663.91 | $21,000.00 | $21,663.91 |

Debtor **DLR Express, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DLL Financial Services 1111 Old Eagle School Road Wayne, PA 19087 | | (17) 2002 Wabash Trailers | | $93,976.00 | $8,500.00 | $85,476.00 |
| Hitachi PO Box 398015 Minneapolis, MN 55439 | | 2014 Freightliner and (2) 2016 Freightliner | | $180,039.42 | $81,000.00 | $99,039.42 |
| Ronald E. Foster Jr. et al c/o Saylor Jefferson, Esq. The Saylor Firm 2000 Riverside Drive Los Angeles, CA 90039 | | Personal injury lawsuit; Notice of Judgment Lien filed on 6/15/2020 | Contingent Unliquidated Disputed | | | $6,094,702.00 |
| RSI-First Insurance Funding Co. 4000 Westerly Place Suite 110 Newport Beach, CA 92660 | | insurance premium | | | | $33,113.24 |
| Siemens Financial Services, Inc. 170 Wood Avenue South Iselin, NJ 08830 | | (12) 2018 Wabash Trailers | | $234,689.76 | $216,000.00 | $18,689.76 |
| Sumitomo PO Box 530023 Atlanta, GA 30353 | | (13) 2018 Wabash Trailers | | $253,357.78 | $234,000.00 | $19,357.78 |
| The Goodyear Tire & Rubber Co. PO Box 277808 Atlanta, GA 30384-7808 | | parts | | | | $11,020.71 |
| Transportation Alliance Bank 4185 Harrison Blvd., Ogden Ogden, UT 84403 | | (2) 2014 Freightliner Trucks | | $51,510.16 | $42,000.00 | $9,510.16 |
| Union Bank P.O. Box 512380 Los Angeles, CA 90051 | | Line of Credit | | | | $35,000.00 |
| Union Bank PO Box 512380 Los Angeles, CA 90051 | | Line of Credit | | | | $98,555.35 |
| Universal Fleet Supply 191 Kettering Dr. Ontario, CA 91761 | | parts | | | | $9,933.60 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  DLR Express, Inc.                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Verizon c/o McCarthy Burgess & Wolff 26000 Cannon Roa Bedford, OH 44146 | | services | | | | $21,646.70 |
| Wells Fargo Business Card PO BOX 29482 Phoenix, AZ 85038-8650 | | business credit card | | | | $22,961.40 |
| Wells Fargo SBA Loan MAC D4004-03A PO Box 2715 Winston Salem, NC 27102-2715 | | Paycheck Protection Loan | Contingent | | | $226,766.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>California State Bar Number: 100291 CA<br>michael.berger@bankruptcypower.com | |

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>DLR Express, Inc.<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting o: __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __8-1-2020__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __8/1/2020__

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    F 1007-1.MAILING.LIST.VERIFICATION

DLR Express, Inc.
13058 Bon View Avenue
Ontario, CA 91761


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


American Power Security
1451 S. Rimpau Ave., Ste 207
Corona, CA 92879


Best West Carrier, Inc,
c/o The Saylor Firm
2000 Riverside Drive
Los Angeles, CA 90039


BMO Financial Group
PO Box 71951
Chicago, IL 60694


Border Tire
900 Loma Verde, Suite E
El Paso, TX 79936


Daimler Truck Financial
14372 Heritage Parkway
Fort Worth, TX 76177


Daimler Truck Financial
1999 Bryan St., Ste 900
Dallas, TX 75201

```
Diefer Law Group, P.C.
c/o Marcelo A. Dieguez, Esq.
2030 Main Street, Suite 1300
Irvine, CA 92614


DLL Financial Services
1111 Old Eagle School Road
Wayne, PA 19087


DLL Financial Services
PO Box 41602
Philadelphia, PA 19101


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280


Franchise Tax
Bankrutpcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


GCR Tires & Service
200 4th Avenue South Ste 100
Nashville, TN 37201


Hitachi
PO Box 398015
Minneapolis, MN 55439


IRS
P.O. Box 7346
Philadelphia, PA 19101
```

Islas Tires Inc.
12328 Carmenita Rd.
Whittier, CA 90605


Parkhouse Tire, Inc.
POB 2430
Bell, CA 90202


Ronald E. Foster Jr. et al
c/o Saylor Jefferson, Esq.
The Saylor Firm
2000 Riverside Drive
Los Angeles, CA 90039


RSI-First Insurance Funding Co.
4000 Westerly Place Suite 110
Newport Beach, CA 92660


Siemens Financial Services, Inc.
170 Wood Avenue South
Iselin, NJ 08830


Sumitomo
PO Box 530023
Atlanta, GA 30353


The Goodyear Tire & Rubber Co.
PO Box 277808
Atlanta, GA 30384-7808


Transportation Alliance Bank
4185 Harrison Blvd., Ogden
Ogden, UT 84403

Union Bank
PO Box 512380
Los Angeles, CA 90051


Union Bank
P.O. Box 512380
Los Angeles, CA 90051


Universal Fleet Supply
191 Kettering Dr.
Ontario, CA 91761


Verizon
c/o McCarthy Burgess & Wolff
26000 Cannon Roa
Bedford, OH 44146


Wabash Financial Services
655 Business Center Dr.
Horsham, PA 19044


Wells Fargo
PO Box 858178
Minneapolis, MN 55485


Wells Fargo Business Card
PO BOX 29482
Phoenix, AZ 85038-8650


Wells Fargo SBA Loan
MAC D4004-03A
PO Box 2715
Winston Salem, NC 27102-2715